## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**MARK MEYERS, in his own right**
**and on behalf of others similarly situated;**

      **Plaintiff,**

**v.**                               **CIVIL ACTION NO: 5:19-cv-00162**

**BLUESTONE INDUSTRIES, INC., and**
**JILLEAN L. JUSTICE,**
**JAMES C. JUSTICE III and**
**JAMES T. MILLER, individually**

      **Defendants.**

### <u>CERTIFICATE OF SERVICE</u>

    I, Greg A. Hewitt, hereby certify that on June 17, 2019, I mailed the **Plaintiff's Rule**

**26(a)(1) Disclosures** to counsel as follows via US Mail:

    **John F. Hussell, IV**
    **Wooten, Davis, Hussell & Ellis**
    **P.O. Box 3971**
    **Charleston, WV  25339**

                                               /s/           Greg A. Hewitt
                                   Greg A. Hewitt (WV State Bar#7457)
                                   Hewitt & Salvatore, PLLC
                                   204 North Court Street
                                   Fayetteville, WV 25840
                                   ph.: (304) 574-0272
                                   fax: (304) 574-0273
                                   email: ghewitt@hewittsalvatore.com