IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**MARK MEYERS, in his own right and
on behalf of others similarly situated;**

        **Plaintiff,**

v.                                          **Civil Action No. 5:19-cv-00162**

**BLUESTONE INDUSTRIES, INC., and
JILLEAN L. JUSTICE,
JAMES C. JUSTICE III, and
JAMES T. MILLER, individually**

        **Defendants.**

## CERTIFICATE OF SERVICE

John F. Hussell, IV, John D. (Jody) Wooton, Jr., Andrew L. Ellis, and the law firm of WOOTON, DAVIS, HUSSELL & ELLIS, PLLC, hereby certify that the "**Defendants' Rule 26(a)(1) Disclosures**" were sent by first-class mail, postage prepaid, addressed to the following:

Anthony J. Majestro, Esquire
Powell & Majestro, PLLC
405 Capitol Street, Suite P1200
Charleston, WV 25301

Anthony M. Salvatore, Esquire
Hewitt & Salvatore, PLLC
204 North Court Street
Fayetteville, WV 25840

Done this 17 day of June, 2019.

                                                       /s/ John F. Hussell, IV
                                                  John F. Hussell, IV - WV Bar No. 6610