## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

MARK MEYERS, in his own right
and on behalf of others similarly situated;

    Plaintiff,

v.                                       CIVIL ACTION NO: 5:19-cv-00162

BLUESTONE INDUSTRIES, INC., and
JILLEAN L. JUSTICE,
JAMES C. JUSTICE III and
JAMES T. MILLER, individually

    Defendants.

### CERTIFICATE OF SERVICE

I, Greg A. Hewitt, hereby certify that on May 15, 2019, I mailed the **Plaintiff's First Set of Interrogatories and Request for Admissions to Defendants** to counsel as follows via US Mail:

John F. Hussell, IV
Wooten, Davis, Hussell & Ellis
P.O. Box 3971
Charleston, WV 25339

                                      /s/        Greg A. Hewitt
Greg A. Hewitt (WV State Bar#7457)
Hewitt & Salvatore, PLLC
204 North Court Street
Fayetteville, WV 25840
ph.: (304) 574-0272
fax: (304) 574-0273
email: ghewitt@hewittsalvatore.com



EXHIBIT A