IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**MARK MEYERS, in his own right and
on behalf of others similarly situated;**

      **Plaintiff,**

v.                                                          **Civil Action No. 5:19-cv-00162**

**BLUESTONE INDUSTRIES, INC., and
JILLEAN L. JUSTICE,
JAMES C. JUSTICE III, and
JAMES T. MILLER, individually**

      **Defendants.**

**DEFENDANTS BLUESTONE INDUSTRIES, INC., JILLEAN L. JUSTICE,
JAMES C. JUSTICE III, AND JAMES T. MILLER'S
<u>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL</u>**

Defendants Bluestone Industries, Inc., Jillean L. Justice, James C. Justice III, and James T. Miller, pursuant to Rule 83.4 of the Southern District of West Virginia Local Rules of Civil Procedure, hereby advise the Court and Counsel that John F. Hussell, IV, John D. "Jody" Wooton, Jr., Andrew L. Ellis, and the law firm of Wooton, Davis, Hussell & Ellis, PLLC, will withdraw as counsel for the Defendants and that Christopher D. Pence of the law firm Hardy Pence, PLLC will substitute as counsel for the Defendants.

Pursuant to the provisions of Local Rule 83.4, Undersigned counsel further certify:

(1) the withdrawal and substitution will not delay the trial or other progress of the case; and

(2) the notice is filed and served at least 90 days before trial.

                                              **BLUESTONE INDUSTRIES, INC.,**
**JILLEAN L. JUSTICE, JAMES C. JUSTICE III,**
**AND JAMES T. MILLER, INDIVIDUALLY,**
*By Counsel*

    /s/ John F. Hussell, IV
John F. Hussell, IV - WV Bar No. 6610

    /s/ John D. Wooton, Jr.
John D. (Jody) Wooton, Jr. – WV Bar No. 10571

    /s/ Andrew L. Ellis
Andrew L. Ellis – WV Bar No. 10618
**WOOTON, DAVIS, HUSSELL & ELLIS, PLLC**
P.O. Box 3971
Charleston, West Virginia 25339
(304) 345-0709
Fax: (304) 345-4607
John.Hussell@wwdhe.com
Jody.Wooton@wwdhe.com
Drew.Ellis@wwdhe.com
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

**MARK MEYERS, in his own right and
on behalf of others similarly situated;**

      **Plaintiff,**

v.                                                                            **Civil Action No. 5:19-cv-00162**

**BLUESTONE INDUSTRIES, INC., and
JILLEAN L. JUSTICE,
JAMES C. JUSTICE III, and
JAMES T. MILLER, individually**

      **Defendants.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of September, 2019, I electronically filed *Defendants Bluestone Industries, Inc., Jillean L. Justice, James C. Justice III, and James T. Miller's Notice of Withdrawal and Substitution of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Anthony J. Majestro, Esquire
Powell & Majestro, PLLC
405 Capitol Street, Suite P1200
Charleston, WV 25301

Gregory A. Hewitt, Esquire
Hewitt & Salvatore, PLLC
204 North Court Street
Fayetteville, WV 25840

Done this 24th day of September, 2019.

                                                  /s/ Andrew L. Ellis
                                              Andrew L. Ellis - WV Bar No. 10618