IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**MARK MEYERS, in his own right
and on behalf of others similarly situated;**

      **Plaintiff,**

**v.**                       **CIVIL ACTION NO: 5:19-cv-00162**

**BLUESTONE INDUSTRIES, INC., and
JILLEAN L. JUSTICE,
JAMES C. JUSTICE III and
JAMES T. MILLER, individually**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Greg A. Hewitt, counsel for the plaintiff, Mark Meyer, do hereby certify that copies of the **Plaintiff's Response to Defendants' Amended First Set of Interrogatories and Requests for Production of Documents to Plaintiff** were served upon counsel of record in the above cause by enclosing the same in an envelope addressed to said attorney at the business address as disclosed in the pleadings of record herein as follows:

    Christopher D. Pence, Esq.
    Hardy Pence PLLC
    #10 Hale Street, 4th Floor
    Charleston, WV 25301

the same being the last known address with postage fully paid and depositing said envelope in the United States Mail on the 6th day of November, 2019.

                                          /s/ Greg A. Hewitt
                                          Greg A. Hewitt (WVSB 7457)
                                          *Counsel for Plaintiff*