

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WV

STYLE OF CASE:  MARK MEYERS, in his Own Right and on Behalf of Others Similarly Situated v. BLUESTONE INDUSTRIES, INC.; and JILLEAN L. JUSTICE, JAMES C. JUSTICE, III and JAMES T. MILLER, Individually.
In the U.S. District Court for the Southern District of WV
CA No. 5:19-CV-00162

## REPORT OF MEDIATOR

A Settlement Conference was held in the above-captioned matter on December 16, 2019 in Charleston, WV. As a result of this conference:

1. \_\_\_\_\_  This case was settled.

2. \_\_\_\_\_  Additional mediation will take place in this case during the next several weeks, after which this form will be updated and resubmitted.

3. __X__  This case was not settled and it is my opinion that:

   (a) \_\_\_\_\_  The next step should be a Court-conducted status conference.

   (b) \_\_\_\_\_  The next step should be a Court-conducted settlement conference.

   (c) __X__  This case should proceed in normal course.

4. Counsel for the parties and the parties have authorized the mediator to supplement this mediation by stating the following:

Mediator: /s/ Stephen J. Dalesio, Esq.     Date: December 17, 2019

\*\*\* Please mail this form to the appropriate Clerk's office.