# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

**MARK MEYERS, in his own right**
**and on behalf of others similarly situated,**

    **Plaintiff,**

**v.**                                   **CIVIL ACTION NO. 5:19-cv-00162**

**BLUESTONE INDUSTRIES, INC., and**
**JILLEAN L. JUSTICE, JAMES C.**
**JUSTICE III and JAMES T. MILLER,**
**individually,**

    **Defendants.**

## STIPULATION OF DISMISSAL

Now come the Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that they have resolved the outstanding issues in this lawsuit and it should therefore be dismissed with prejudice.  The parties further note that Fed. R. Civ. P. 23(e) does not require court approval of the settlement in this instance because a class was never certified.

/s/ *Christopher J. Schroeck*
Christopher J. Schroeck (WVSB No. 13686)
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
Phone:  (540) 492-4080, x211
Fax:  (540) 301-1370
*Counsel for Defendants*


/s/ *Greg A. Hewitt*
Greg A. Hewitt, Esq.
Anthony M. Salvatore, Esq.
Hewitt & Salvatore PLLC
204 North Court Street
Fayetteville, WV  25840

and

Anthony J. Majestro, Esq. (WVSB No. 5165)
Powell & Majestro PLLC
405 Capitol Street, Suite P1200
Charleston, WV 25301
*Counsel for Plaintiff*